MICHAEL R. FARRELL (BAR NO. 173831)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
        svillagomez@allenmatkins.com

Attorneys for Defendant
T. CHRISTY ENTERPRISES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. FAGAN,<br><br>       Plaintiff,<br><br>     vs.<br><br>EDWARD N. DYKSTRA; MEI YOU LE INC.; MELLIN FAN; JIHUA MA; T. CHRISTY ENTERPRISES; XIUXIN LIU; JUST CELLULAR INC.; PAUL CORKUM; DAVID BREWER; KARI ANNE PETERS; JOHN DOE 1 to 10; and JANE DOE 1 to 10,<br><br>       Defendants. | Case No.  2:19-cv-8313<br><br>**DEFENDANT T. CHRISTY ENTERPRISES, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(c) (FEDERAL QUESTION)**<br><br>Los Angeles County Superior Court, Case No. 19STCV27296 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1178398.01/LA

DEFENDANT T. CHRISTY ENTERPRISES, LLC'S NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(c) (FEDERAL QUESTION)

1    **TO THE HONORABLE JUDGES OF THE U.S. DISTRICT COURT FOR**

2    **THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF EDWARD D.**

3    **FAGAN, AND HIS ATTORNEYS OF RECORD**:

4        **PLEASE TAKE NOTICE** that Defendant T. Christy Enterprises, LLC

5    ("Defendant" or "T. Christy Enterprises") hereby removes this action from the Superior

6    Court for the State of California, in and for the County of Los Angeles, to the United

7    States District Court for the Central District of California.  This removal is based on

8    federal question jurisdiction, pursuant to 28 U.S.C. §§ 1331 and 1441(c), for the reasons

9    stated below:

10       1.    On August 6, 2019, Plaintiff Edward D. Fagan ("Plaintiff") filed a complaint

11   in the Superior Court of the State of California, in and for the County of Los Angeles (the

12   "Complaint") entitled "EDWARD D. FAGAN, Plaintiff, v. EDWARD N. DYKSTRA;

13   MEI YOU LE INC.; MELLIN FAN; JIHUA MA; T. CHRISTY ENTERPRISES; XIUXIN

14   LIU; JUST CELLULAR INC.; PAUL CORKUM; DAVID BREWER; KARI ANNE

15   PETERS; JOHN DOE 1 to 10; and JANE DOE 1 to 10," designated as Case Number

16   19STCV27296 (the "State Court Action").  The Complaint alleges the following causes of

17   action: (1) fraud, (2) civil theft, (3) RICO, racketeering, & money laundering, (4)

18   conversion, (5) aiding and abetting, (6) unjust enrichment, (7) accounting, and (8)

19   injunction.

20       2.    Service of the Summons and Complaint on Defendant T. Christy Enterprises

21   was completed on August 26, 2019 by personal service.  The Summons and Complaint,

22   which together constitute the initial pleading received by Defendant T. Christy Enterprises

23   in the State Court Action, are attached hereto as **Exhibit A**.

24       3.    On August 28, 2019, Plaintiff filed a Proof of Service of Summons as to

25   Defendant T. Christy Enterprises.  A copy of the Proof of Service of Summons is attached

26   hereto as **Exhibit B**.

27       4.    On August 26, 2018, Plaintiff filed declarations of nonservice as to

28   defendants XiuXin Liu and Jihua Ma.  On August 28, 2019, Plaintiff filed declarations of

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1178398.01/LA

-2-
DEFENDANT T. CHRISTY ENTERPRISES, LLC'S NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(c) (FEDERAL QUESTION)

nonservice as to defendants Just Cellular, Inc. and Mei You Le, Inc.  On September 3, 2019, Plaintiff filed a declaration of nonservice as to defendant Mellin Fan.  The declarations of nonservice are attached hereto as **Exhibit C**.

5. As of the date of the filing of this Notice of Removal, Defendant T. Christy Enterprises is informed and believes that it is the only defendant that has been served with process in the State Court Action, and that the remaining defendants, David Brewer, Paul Corkum, Edward Dykstra, and Kari Anne Peters, have not been served.  To confirm that Plaintiff has not served any other defendant, Defendant T. Christy Enterprises has:

   a) Consistently checked the docket in the State Court Action for proofs of service for the remaining Defendants;

   b) Contacted the Clerk's Office for the Superior Court of California, Los Angeles County immediately prior to filing this Notice of Removal and confirmed that no proofs of service have been filed; and

   c) From September 17, 2019 through September 25, 2019, attempted to contact the other defendants listed on the Complaint to determine whether they had been served with process and, if so, if they would join in this Notice or otherwise consent to removal. Counsel attempted to contact these other defendants through emails and telephone calls. The only defendant counsel for Defendant T. Christy Enterprises was able to contact was David Brewer, on September 20, 2019.  Mr. Brewer stated that he had not been served with the Complaint.  Mr. Brewer did, however, give his consent to this removal. No other defendants were reached, despite counsel's diligent efforts.

6. To Defendant T. Christy Enterprises' knowledge, there are no Doe defendants.  However, assuming the existence of any, they are and would be fictitious defendants and are not parties to this action.  Unnamed defendants sued as Does also are not required to join in a removal petition.  *See* 28 U.S.C. § 1441(a); *Fristos v. Reynolds Metal Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980).

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1178398.01/LA

-3-
DEFENDANT T. CHRISTY ENTERPRISES, LLC'S NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(c) (FEDERAL QUESTION)

7.      Defendant T. Christy Enterprises intends to respond to Plaintiff's Complaint in the State Court Action on or before October 2, 2019.

8.      Defendant T. Christy Enterprises filed this Notice of Removal within thirty (30) days after it was served with the Summons and Complaint in the State Court Action.

9.      In accordance with 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal and all supporting papers will be promptly served on Plaintiff and filed with the Clerk of the Los Angeles County Superior Court.  True and correct copies of the Notice to Superior Court of Removal to Federal Court and Notice to Adverse Party of Removal to Federal Court is attached hereto as **Exhibit D** (without attachments).  Therefore, all procedural requirements under 28 U.S.C. § 1446 have been satisfied.

10.     This Notice of Removal is effected properly and timely pursuant to 28 U.S.C. §§ 1441 & 1446.

11.     Venue is proper in this District pursuant to 28 U.S.C. § 1441(a) because the Superior Court where the removed case was pending is located within this District.

**<u>REMOVAL IS BASED ON FEDERAL QUESTION JURISDICTION</u>**

12.     This is a civil action over which this Court has original jurisdiction under 28 U.S.C. section 1331.  This action is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. section 1441(c) in that it is a civil action founded on a claim or right arising under the laws of the United States.  Specifically, Plaintiff's third cause of action for "RICO, Racketeering & Money Laundering" alleges Defendant engaged in a "pattern of racketeering activity" within the meaning of 18 U.S.C. § 1961(5) and in violation of 18 U.S.C. § 1962(c).  See Ex. A, Compl., pp. 33-42.  Further, because this Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. section 1331, this action may be removed in its entirety pursuant to 28 U.S.C. section 1441(a) & (c).  In addition, this Court has supplemental jurisdiction, pursuant to 28 U.S.C. section 1367(a),

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1178398.01/LA

-4-
DEFENDANT T. CHRISTY ENTERPRISES, LLC'S NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(c) (FEDERAL QUESTION)

1 over all state claims that are so related to the claims within the Court's original jurisdiction

2 that they form part of the same case or controversy.

3          WHEREFORE, Defendant Christy T. Enterprises removes the above-entitled action

4 now pending in the Superior Court of the State of California for the County of Los Angeles

5 to this honorable Court.

6

7 Dated:  September 25, 2019                    ALLEN MATKINS LECK GAMBLE
                                                                 MALLORY & NATSIS LLP
8                                                                MICHAEL R. FARRELL
                                                                 STACEY A. VILLAGOMEZ
9

10                                                            By:          */s/ Michael R. Farrell*
                                                                 _____
11                                                               MICHAEL R. FARRELL
                                                                 Attorneys for Defendant
12                                                               T. Christy Enterprises

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1178398.01/LA

-5-
DEFENDANT T. CHRISTY ENTERPRISES, LLC'S NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(c) (FEDERAL QUESTION)