# EXHIBIT C

EXHIBIT C - PAGE 69

Electronically FILED by Superior Court of California, County of Los Angeles on 08/26/2019 05:43 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Sanchez,Deputy Clerk

Case 2:19-cv-08313-PA-SK   Document 1-3   Filed 09/25/19   Page 2 of 6   Page ID #:70

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| **Fagan International Consulting**<br>**590 NE Wavecrest Way**<br>**Boca Raton, FL 33432**<br>TELEPHONE NO.: **561-400-0287**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **EDWARD D. FAGAN** - IN PRO PER | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: **111 North Hill Street**<br>MAILING ADDRESS: **111 North Hill Street**<br>CITY AND ZIP CODE: **Los Angeles 90012**<br>BRANCH NAME: **Central District, Stanley Mosk Courthouse** | |
| PLAINTIFF/PETITIONER: **EDWARD D. FAGAN** | CASE NUMBER:<br>**19STCV27296** |
| DEFENDANT/RESPONDENT: **EDWARD N. DYKSTRA; MEI YOU LE INC.; MELLIN FAN; JIHUA MA; T. CHRISTY ENTERPRISES; XIUXIN LIU; JUST CELLULAR INC.; PAUL CORKUM; DAVID BREWER; KARI ANN PETERS; JOHN DOE** | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**FAGAN v. DYKSTRA** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
  **SUMMONS; COMPLAINT**

I attempted to serve    **XIUXIN LIU**
at the address of     **15222 GLEN HILL DR, HACIENDA HEIGHTS, CA 91745**

and was unable to effect service for the following reasons:
  **8/24/2019 6:57 PM: Per SOFIA LEE, RESIDENT, a black-haired Asian female contact approx. 55-65 years of age, 5'-5'4" tall and weighing 140-160 lbs with an accent; subject unknown.**

Fee for service: **$ 85.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

| | | |
|---|---|---|
| **Liliana Mejia**<br>**316 W 2nd St. 3rd Floor, Los Angeles, CA 90012**<br>**213-621-9999**<br>**Los Angeles, #5675** | For:<br>Registration #:<br>County: | **ABC Legal Services, Inc.**<br>**6779**<br>**Los Angeles** |

BY FAX

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:   08/26/2019

Liliana Mejia
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

Electronically FILED by Superior Court of California, County of Los Angeles on 08/26/2019 05:43 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Sanchez,Deputy Clerk

Case 2:19-cv-08313-PA-SK   Document 1-3   Filed 09/25/19   Page 3 of 6   Page ID #:71

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| **Fagan International Consulting**<br>**590 NE Wavecrest Way**<br>**Boca Raton, FL 33432**<br>TELEPHONE NO.: **561-400-0287**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **EDWARD D. FAGAN** - IN PRO PER | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | |
|---|---|
| STREET ADDRESS: **111 North Hill Street** | |
| MAILING ADDRESS: **111 North Hill Street** | |
| CITY AND ZIP CODE: **Los Angeles 90012** | |
| BRANCH NAME: **Central District, Stanley Mosk Courthouse** | |

| PLAINTIFF/PETITIONER: **EDWARD D. FAGAN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **EDWARD N. DYKSTRA; MEI YOU LE INC.; MELLIN FAN; JIHUA MA; T. CHRISTY ENTERPRISES; XIUXIN LIU; JUST CELLULAR INC.; PAUL CORKUM; DAVID BREWER; KARI ANN PETERS; JOHN DOE** | **19STCV27296** |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**FAGAN v. DYKSTRA** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
   **SUMMONS; COMPLAINT**

I attempted to serve   **JIHUA MA**
at the address of   **1718 N HALE AVE, FULLERTON, CA 92831**

and was unable to effect service for the following reasons:
   **8/24/2019 1:16 PM: Per PEGGY DOE, WHO REFUSED TO GIVE NAME, RESIDENT, a white female contact approx. 45-55 years of age, 5'4"-5'6" tall, weighing 140-160 lbs with blonde hair; subject unknown.**

Fee for service: **$ 85.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Malik Adam**
**316 W 2nd St. 3rd Floor, Los Angeles, CA 90012**
**213-621-9999**
**CA, #5057**

For:   **ABC Legal Services, Inc.**
Registration #:   **6779**
County:   **Los Angeles**

BY FAX

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:   08/24/2019

Malik Adam
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Fagan International Consulting**<br>**590 NE Wavecrest Way**<br>**Boca Raton, FL 33432**<br>TELEPHONE NO.: **561-400-0287**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **EDWARD D. FAGAN** | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: **111 North Hill Street**<br>MAILING ADDRESS: **111 North Hill Street**<br>CITY AND ZIP CODE: **Los Angeles 90012**<br>BRANCH NAME: **Central District, Stanley Mosk Courthouse** | |
| PLAINTIFF/PETITIONER: **EDWARD D. FAGAN** | CASE NUMBER:<br>**19STCV27296** |
| DEFENDANT/RESPONDENT: **EDWARD N. DYKSTRA; MEI YOU LE INC.; MELLIN FAN; JIHUA MA; T. CHRISTY ENTERPRISES; XIUXIN LIU; JUST CELLULAR INC.; PAUL CORKUM; DAVID BREWER; KARI ANN PETERS; JOHN DOE** | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**FAGAN v. DYKSTRA** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
   **SUMMONS; COMPLAINT**

I attempted to serve    **JUST CELLULAR INC.**
at the address of     **9327 DEERING AVE, CHATSWORTH, CA 91311**

and was unable to effect service for the following reasons:
   **8/26/2019 6:39 PM: Per JOHN DOE, WHO REFUSED TO GIVE NAME, EMPLOYEE, a white male contact approx. 25-35 years of age, 5'-5'4" tall, weighing 80-120 lbs with brown hair ...they don't know Company the company name is I KEEL YOUNG ING**

Fee for service: **$ 85.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Jose Antonio Saca**
**316 W 2nd St. 3rd Floor, Los Angeles, CA 90012**
**213-621-9999**
**CA, #6927**

For:  **ABC Legal Services, Inc.**
Registration #:  **6779**
County:  **Los Angeles**

BY FAX

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:  08/26/2019

_____
Jose Antonio Saca
(PRINTED NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> **Fagan International Consulting** <br> **590 NE Wavecrest Way** <br> **Boca Raton, FL 33432** <br> TELEPHONE NO.: **561-400-0287**   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **EDWARD D. FAGAN** | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** <br> STREET ADDRESS: **111 North Hill Street** <br> MAILING ADDRESS: **111 North Hill Street** <br> CITY AND ZIP CODE: **Los Angeles 90012** <br> BRANCH NAME: **Central District, Stanley Mosk Courthouse** | |
| PLAINTIFF/PETITIONER: **EDWARD D. FAGAN** | CASE NUMBER: <br> **19STCV27296** |
| DEFENDANT/RESPONDENT: **EDWARD N. DYKSTRA; MEI YOU LE INC.; MELLIN FAN; JIHUA MA; T. CHRISTY ENTERPRISES; XIUXIN LIU; JUST CELLULAR INC.; PAUL CORKUM; DAVID BREWER; KARI ANN PETERS; JOHN DOE** | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.: <br> **FAGAN v. DYKSTRA** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; COMPLAINT**

I attempted to serve **MEI YOU LE INC.**
at the address of **1370 VALLEY VISTA DR #200, DIAMOND BAR, CA 91765**

and was unable to effect service for the following reasons:
**8/27/2019 4:55 PM: Per ERIKA DOE, WHO REFUSED TO GIVE NAME, RECEPTIONIST, a brown-haired white female contact approx. 25-35 years of age, 5'-5'4" tall and weighing 140-160 lbs; subject is known to have moved office to City of Chino.**

Fee for service: **$ 85.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Liliana Mejia**
**316 W 2nd St. 3rd Floor, Los Angeles, CA 90012**
**213-621-9999**
**Los Angeles, #5675**

For: **ABC Legal Services, Inc.**
Registration #: **6779**
County: **Los Angeles**

BY FAX

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 08/28/2019

Liliana Mejia
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

Electronically FILED by Superior Court of California, County of Los Angeles on 09/03/2019 11:24 AM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Bolden,Deputy Clerk

Case 2:19-cv-08313-PA-SK   Document 1-3   Filed 09/25/19   Page 6 of 6   Page ID #:74

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: **Fagan International Consulting** **590 NE Wavecrest Way** **Boca Raton, FL 33432** | | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: **561-400-0287** | FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: **EDWARD D. FAGAN** | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| STREET ADDRESS: **111 North Hill Street** | | |
| MAILING ADDRESS: **111 North Hill Street** | | |
| CITY AND ZIP CODE: **Los Angeles 90012** | | |
| BRANCH NAME: **Central District, Stanley Mosk Courthouse** | | |
| PLAINTIFF/PETITIONER: **EDWARD D. FAGAN** | | CASE NUMBER: **19STCV27296** |
| DEFENDANT/RESPONDENT: **EDWARD N. DYKSTRA; MEI YOU LE INC.; MELLIN FAN; JIHUA MA; T. CHRISTY ENTERPRISES; XIUXIN LIU; JUST CELLULAR INC.; PAUL CORKUM; DAVID BREWER; KARI ANN PETERS; JOHN DOE** | | |
| **DECLARATION OF NON SERVICE** | | Ref. No. or File No.: **FAGAN v. DYKSTRA** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
   **SUMMONS; COMPLAINT**

I attempted to serve      **MELLIN FAN**
at the address of         **6380 IRVINE BLVD, IRVINE, CA 92620**

and was unable to effect service for the following reasons:
   **8/29/2019 12:56 PM: Per MONICA KUO, EMPLOYEE, a brown-haired Asian female contact approx. 45-55 years of age, 5'4"-5'6" tall and weighing 80-120 lbs with an accent; subject unknown.**

Fee for service: **$ 85.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Scott Victor**
**316 W 2nd St. 3rd Floor, Los Angeles, CA 90012**
**213-621-9999**
**Orange County, #6050**

For:  **ABC Legal Services, Inc.**
Registration #:  **6779**
County:  **Los Angeles**

BY FAX

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:   08/29/2019

Scott Victor
(PRINTED NAME OF DECLARANT)

*Scott Victor*
(SIGNATURE OF DECLARANT)